IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

August 21, 2019

In the Interest of A.W., a child.                    )
_____ )
                                                     )
M.A.W.,                                              )
                    Appellant,                       )
                                                     )
v.                                                   )          Case No. 2D19-1669
                                                     )
DEPARTMENT OF CHILDREN AND        )
FAMILIES and GUARDIAN AD LITEM    )
PROGRAM,                                             )
                                                     )
                    Appellees.                       )
_____ )

BY ORDER OF THE COURT:

On the court's own motion, the August 9, 2019, decision is withdrawn. The

attached disposition is substituted in its place.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL, CLERK

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.W., a child. )
)
————————————————————————————— )
)
M.A.W., )
)
        Appellant, )
)
v. )        Case No. 2D19-1669
)
DEPARTMENT OF CHILDREN AND )
FAMILIES and GUARDIAN AD LITEM )
PROGRAM, )
)
        Appellees. )
)
————————————————————————————— )

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Marie A. Mattox and Cynthia A. Myers of Marie A. Mattox, P.A., Tallahassee, and Kennan George Dandar of Dandar & Dandar, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mary Soorus, Assistant Attorney General, Tampa, for Appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Joanna Summer Brunell, Senior Attorney, Appellate Division, Tallahassee, for Appellee Guardian ad

- 1 -

Litem Program.

PER CURIAM.

Affirmed.

CASANUEVA, BLACK, and SALARIO, JJ., Concur.